JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BRISENO, | Case No. CV 16-7646 FMO (GJSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KING TACO RESTAURANTS, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 23rd day of January, 2017.

/s/
Fernando M. Olguin
United States District Judge